IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:05-00074 |
| | ) | Judge Trauger |
| KEITH E. GLENN | ) | |

**O R D E R**

The court has before it a letter (Docket Entry No. 56) from the defendant asking for an "exemplified" copy of his sentencing transcript.

In the letter, the defendant acknowledges that he has already received two copies of the sentencing transcript. He offers no compelling reason why he should receive a third "exemplified" copy of that transcript. The statute he cites has to do with full faith and credit, and the court sees no reason for a sentencing transcript to need full faith and credit.

Accordingly, the defendant's request for an "exemplified" copy of his sentencing transcript is hereby **DENIED WITHOUT PREJUDICE**. Should the defendant be able to furnish a valid reason for his request, he may renew it.

It is so **ORDERED.**

Enter this 19th day of December 2012.

_____
ALETA A. TRAUGER
United States District Judge